AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    16-5524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PEDRO CORTES, SECRETERY OF THE COMMONWEALTH**

was received by me on *(date)* **Sunday October 23, 2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **REBECCA FUHRMAN**, who is designated by law to accept service of process on behalf of *(name of organization)* **DEPT. OF STATE** on *(date)* **October 24, 2016**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **October 24, 2016**

Server's signature

**KENNETH J. HOUCK**
Printed name and title

**1769 Keller Hollow Rd.**
**Unityville, PA 17774**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-5524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OFFICE OF ATTORNEY GENERAL.

was received by me on *(date)* October 23, 2016.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ELLAN KEMMERLING, who is designated by law to accept service of process on behalf of *(name of organization)* OFFICE OF ATTORNEY GENERAL. on *(date)* October 24, 2016; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: October 24, 2016.

Server's signature

KENNETH J. HOUCK, JR
Printed name and title

1769 KELLER HOLLOW RD
UNITYVILLE, PA 17774
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-5524

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tim Gates, Esq Office of Chief Counsel__

was received by me on *(date)* __Sunday October 03, 2016__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Rebecca Fuhrman__, who is designated by law to accept service of process on behalf of *(name of organization)* __Office of Chief Counsel-Secretary of State Office__ on *(date)* __October 04, 2016__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __October 04, 2016__

_____
Server's Signature

__Kenneth J. Huck, Jr.__
Printed name and title

__1769 Keller Hollow Rd__
__Unityville, PA 17774__
Server's address

Additional information regarding attempted service, etc: