IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REPUBLICAN PARTY OF PENNSYLVANIA, et al., | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| vs. | : | NO. 16-05524 |
| PEDRO A. CORTES, | : | |
| *Defendant.* | : | |

**NOTICE**

To: Counsel of Record

TAKE NOTICE that a **TELEPHONE CONFERENCE** in the above captioned case will take place **TODAY, OCTOBER 24, 2016 at 4:00 p.m.**, before the Honorable Gerald J. Pappert. Counsel for plaintiff is directed to initiate this call and once all counsel are on the line, to join Chambers in the teleconference (Chambers ph: 267-299-7530).

Very truly yours,

/s/ Katie Furphy
Katie Furphy
Civil Deputy Clerk
267-299-7531

Copies E-mailed on 10/24/16 to:
    Scot Russel Withers, Esq.

Date: October 24, 2016