### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPUBLICAN PARTY OF PENNSYLVANIA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> PEDRO A. CORTES, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 16-5524 |

## SCHEDULING ORDER

**AND NOW**, this 24th day of October, 2016, following a telephone conference with counsel for the parties, it is **ORDERED** that:

1. Secretary Cortes shall file his response to Plaintiffs' Complaint (ECF No. 1) and Motion for a Temporary Restraining Order (ECF No. 2) on or before **Wednesday, October 26, 2016.**

2. The Court will hold a hearing on Plaintiffs' motion on **Friday, October 28, 2016 at 10:00 a.m. in a Courtroom to be determined**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.