IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REPUBLICAN PARTY OF PENNSYLVANIA,** *et al.*<br>          **Plaintiffs**<br><br>          v.<br><br>**PEDRO A. CORTÉS, in his capacity as Secretary of the Commonwealth of Pennsylvania**<br>          **Defendant** | Docket No. 2:16-CV-05524-GJP |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance in the above-captioned matter on behalf of Defendant Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania.

                                            Respectfully submitted,

Date:  October 25, 2016      By:   /s/Linda C. Barrett
                                                   LINDA C. BARRETT
                                                   Deputy General Counsel
                                                   Attorney I.D. # 46543
                                                   Office of General Counsel
                                                    333 Market Street, 17th Floor
                                                   Harrisburg, PA 17101
                                                   Tel:  717-783-6563
                                                   Fax: 717-787-1788
                                                   Email:  lbarrett@pa.gov

## **CERTIFICATE OF SERVICE**

I, Linda C. Barrett, certify that on October 25, 2016, I served the foregoing **Entry of Appearance** by Notice of Docket Activity sent automatically by CM/ECF on the following counsel registered as a CM/ECF filing user who has consented to accepting electronic service through CM/ECF:

Scot R. Withers, Esquire
LAMB MCERLANE PC
24 E. Market Street
P.O. Box 565
West Chester, PA 19381
Phone: 610-430-8000
Email: swithers@chescolaw.com
*Counsel for all Plaintiffs*

And also by first class mail on the following counsel:

Kenneth L. Joel, Esquire
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: 717-787-8106
*Counsel for Defendant*

Sue Ann Unger, Esquire
Senior Deputy Attorney General
Office of Attorney General
Litigation Section
12th and Market Streets, 4th Floor
Philadelphia, PA  19107
Phone: 215-560-2127
*Counsel for Defendant*

Rebecca L. Warren, Esquire
OBERMAYER REBMANN MAXWELL & HIPPELL, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: 717-221-1602
*Counsel for all Plaintiffs*

Matthew B. Banks, Esquire
THE BANKS LAW GROUP
845 North Park Road, Suite 102
Wyomissing, PA 19610
Phone: 610-816-6414
*Counsel for all Plaintiffs*

Lawrence J. Tabas, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: 215-665-3158
*Counsel for Plaintiff Republican Party of Pennsylvania*

Date:  October 25, 2016                By:   /s/Linda C. Barrett
                                             LINDA C. BARRETT