IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPUBLICAN PARTY OF PENNSYLVANIA, MONICA MORRILL, RALPH E. WIKE III, HELEN BANUSHI, RONALD J. FERRANCE, JR. JOSEPH J. O'HARA, DONNA DONAT, JAMES CAFFREY** *and* **GAYLE MICHAEL,** | : : : : : : : : | No. 2:16-CV-5524 |
| Plaintiffs | : : | Judge Pappert |
| v. | : : | Electronically Filed Document |
| **PEDRO A. CORTÉS,** | : : | *Complaint Filed 10/21/16* |
| Defendant | : | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Pedro A. Cortés in the above-captioned case.

                                      **Respectfully submitted,**

                                      **BRUCE R. BEEMER**
                                      **Attorney General**

                        **By:**   *s/ Kenneth L. Joel*
                                      **KENNETH L. JOEL**

**Office of Attorney General**            **Chief Deputy Attorney General**
**15th Floor, Strawberry Square**    **Attorney ID 72370**
**Harrisburg, PA 17120**
**Phone: (717) 787-8106**

[kjoel@attorneygeneral.gov](mailto:kjoel@attorneygeneral.gov)

**Date:  October 25, 2016**                    **Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPUBLICAN PARTY OF PENNSYLVANIA, MONICA MORRILL, RALPH E. WIKE III, HELEN BANUSHI, RONALD J. FERRANCE, JR. JOSEPH J. O'HARA, DONNA DONAT, JAMES CAFFREY** and **GAYLE MICHAEL,** | : : : : : : : : | No. 2:16-CV-5524 |
| Plaintiffs | : : | Judge Pappert |
| v. | : : | Electronically Filed Document |
| **PEDRO A. CORTÉS,** | : | *Complaint Filed 10/21/16* |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 25, 2016, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

### VIA ELECTRONIC FILING

**Scot Russel Withers, Esquire**
Lamb McErlane, PC
24 East Market Street
P.O. Box 565
West Chester, PA  19381-0565
swithers@chescolaw.com
*Counsel for Plaintiffs*

**Linda C. Barrett, Esquire**
Office of Chief Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101-0031
lbarrett@pa.gov
*Counsel for Defendant*

  *s/Kenneth L. Joel*
  **KENNETH L. JOEL**
  Chief Deputy Attorney General