## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REPUBLICAN PARTY OF       :
PENNSYLVANIA, MONICA       :
MORRILL, RALPH E. WIKE III,       :
HELEN BANUSHI, RONALD J.       :
FERRANCE, JR. JOSEPH J. O'HARA,       :   No. 2:16-CV-5524
DONNA DONAT, JAMES CAFFREY       :
*and* GAYLE MICHAEL,       :
                        Plaintiffs   :
           v.       :
                           :
PEDRO A. CORTÉS,       :
               Defendant   :

### ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of Defendant Pedro A. Cortés in the

above-captioned case

                        Respectfully submitted,

                        BRUCE R. BEEMER
                        Attorney General

             By:   *s/ Sue Ann Unger*
                        Sue Ann Unger
                        Sr. Deputy Attorney General
Office of Attorney General        Attorney ID 39009
21 S 12th Street, 3d Fr.
Philadelphia, PA 19107
Phone: 215 560 2127
sunger@attorneygeneral.gov

Date: October 25, 2016           Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REPUBLICAN PARTY OF   :
PENNSYLVANIA, Etc., et al.   :
          :  No. 2:16-CV-5524
       Plaintiffs :
          :
   v.      :
PEDRO A. CORTÉS,    :
      Defendant :

## <u>CERTIFICATE OF SERVICE</u>

   I, Sue Ann Unger, Sr. Deputy Attorney General, hereby certify that on

October 25, 2016, I caused to be served a true and correct copy of the foregoing

document via electronic filing titled Entry of Appearance to the following:


Scot Russel Withers, Esquire
Lamb McErlane, PC
24 East Market Street
P.O. Box 565
West Chester, PA  19381-0565
swithers@chescolaw.com
*Counsel for Plaintiffs*

Linda C. Barrett, Esquire
Office of Chief Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101-0031
lbarrett@pa.gov
*Counsel for Defendant*

Kenneth L. Joel, Esquire
Office of Chief Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101-0031
kjoel@pa.gov
*Counsel for Defendant*

 *s/Sue Ann Unger*
Sue Ann Unger
Sr. Deputy Attorney General