IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REPUBLICAN PARTY OF PENNSYLVANIA, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTÉS, in his capacity as | : | |
| Secretary of the Commonwealth | : | |
| Pennsylvania | : | |
| | : | NO. 16-5524 |
| Defendants. | : | |

## ORDER

AND NOW, this     day of       , 2016, upon consideration of defendant Secretary Cortés' Motion to dismiss the Complaint, it is hereby ORDERED that the motion is GRANTED and plaintiffs' Complaint is DISMISSED with Prejudice.

BY THE COURT:

_____
Gerald J. PAPPERT,  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REPUBLICAN PARTY OF PENNSYLVANIA, et al.** | : | |
| | : | |
| | : | CIVIL ACTION |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **PEDRO A. CORTÉS, in his capacity as Secretary of the Commonwealth Pennsylvania** | : | |
| | : | |
| | : | |
| | : | NO. 16-5524 |
| **Defendants.** | : | |

**MOTION OF SECRETARY CORTÉS TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(2), 12(b)(6) and 12 (b) (7), Secretary Cortés moves to dismiss the complaint for lack of jurisdiction over the state law claim, lack of personal jurisdiction to enforce plaintiffs' requested relief against Secretary Cortés, lack of standing, failure to state a claim and failure to join a party under Rule 19. In support of his motion, Secretary Cortés incorporates by reference his opposition to plaintiffs' motion docketed at ECF No. 10, which includes his brief in support of his opposition. Secretary Cortés reserves the right to supplement this motion to the extent that the Court may take judicial notice of information provided during the hearing scheduled for October 28, 2018.

Wherefore, Secretary Cortés requests that this Court deny plaintiffs' motion.

Respectfully submitted,

BRUCE M. BEEMER
Attorney General

*/s/ Sue Ann Unger*
Sue Ann Unger
Attorney I.D. No. 39009
Senior Deputy Attorney General

Office of Attorney General
21 South 12th Street, 3d Floor
Philadelphia, PA 19107
Phone: 215 560 2127

## **CERTIFICATE OF SERVICE**

   I, Sue Ann Unger, Sr. Deputy Attorney General, hereby certify that on October 27, 2016, I caused to be served a true and correct copy of the foregoing Motion to Dismiss the following via the method identified below:

VIA E-SERVICE

Scot Russel Withers, Esquire
Lamb McErlane, PC
24 East Market Street
P.O. Box 565
West Chester, PA  19381-0565
swithers@chescolaw.com
*Counsel for Plaintiffs*

Linda C. Barrett, Esquire
Deputy General Counsel
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101-0031
lbarrett@pa.gov
*Counsel for Defendant*

VIA FIRST CLASS MAIL (prepaid)

Rebecca L. Warren, Esquire
OBERMAYER REBMANN MAXWELL & HIPPELL, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: 717-221-1602
*Counsel for all Plaintiffs*

Matthew B. Banks, Esquire
THE BANKS LAW GROUP
845 North Park Road, Suite 102
Wyomissing, PA 19610
Phone: 610-816-6414
*Counsel for all Plaintiffs*

(Cont. on next page)

Lawrence J. Tabas, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: 215-665-3158
*Counsel for Plaintiff Republican Party of Pennsylvania*

        *s/Sue Ann Unger*
        Sue Ann Unger, Esquire
        Sr. Deputy Attorney General
        *Counsel for Defendant*