IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REPUBLICAN PARTY OF PENNSYLVANIA, et al.,**  *Plaintiffs,*  v.  **PEDRO A. CORTÉS, in his capacity as Secretary of the Commonwealth of Pennsylvania,**  *Defendant.* | **CIVIL ACTION NO. 16-05524** |

## ORDER

**AND NOW**, this 3rd day of November, 2016, upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) and Defendants' Response (ECF No. 10), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.