IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPUBLICAN PARTY OF PENNSYLVANIA, et al., *Plaintiffs*, v. PEDRO A. CORTÉS, in his capacity as Secretary of the Commonwealth of Pennsylvania, *Defendant*. | CIVIL ACTION NO. 16-05524 |

**ORDER**

**AND NOW**, this 27th day of January, 2017, upon consideration of Plaintiffs' Motion to Voluntarily Dismiss the Complaint Without Prejudice, (ECF No. 25), and Defendants' Response, (ECF No. 26), it is hereby **ORDERED** that the motion is **GRANTED**.  Plaintiffs' Complaint is dismissed without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.